UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT of WASHINGTON

**United States of America**

**Plaintiff,**

**vs.**

Defendant.

CR05-221 DB

ORDER APPOINTING COUNSEL AND REQUIRING PAYMENT BY THE DEFENDANT

On the basis of defendant's sworn financial statement, the Court finds that the defendant is financially unable to retain counsel entirely at his/her own expense. Over a period of time, however, the defendant can afford to reimburse the United States for attorney's fees and expenses which will be paid to private counsel appointed in this case pursuant to 18 U.S.C. §3006A, or for the expenses and the value of the services of the Federal Public Defender, similarly computed. Accordingly, it is hereby ORDERED:

1. Pursuant to 18 U.S. C. §3006A, the Court appoints, as



Counsel : (X) **William Daniel III**
( ) **Jeffery Lustick**
( )
( )

Of this Court's Criminal Justice Act Panel.



05-CR-00221-ORD

2. Counsel shall maintain time records in this case and, at its conclusion, file with this Court an accounting of services. Said accounting shall assess in-court services at $90 per hour and $90 per hour for out-of-court services, and shall include any and all expenses incurred.

3. Defendant shall pay to the Clerk of this Court $ 100 $\frac{00}{100}$ Each month starting July , not later than tenth day there of, unless the total payments already made equals the total cost of representation plus expenses to date. Such payment shall be in the form of cashiers check, certified check, or money order payable to the Clerk of the United States District Court, 700 Stewart Street, Lobby Level, Seattle, WA 98101

DATED this 5 day of July 2005.

John L. Weinberg
United States Magistrate Judge

cc: Clerk of Court, Attn. Financial Deputy
Counsel
Defendant
Financial Litigation Unit, United States Attorney